UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| BRET J. KING,<br><br>   Plaintiff,<br><br>vs.<br><br>DAVID BURNHAM, a Police Officer of the City of Macomb, Illinois in His Individual and Official Capacities, MICHAEL GALLOWAY, Chief of Police of the City of Macomb, Illinois in His Individual and Official Capacities, and CITY OF MACOMB, ILLINOIS, a Political Subdivision of the State of Illinois | Case No. 05-1379 |

## ORDER DISMISSING DEFENDANT, MICHAEL GALLOWAY

This matter comes before the court on the Plaintiff's Motion to Dismiss Defendant, Michael Galloway. The court notes that the Official Capacity claims against him were dismissed as duplicative of the claims against the City of Macomb, Illinois, but the dismissal should include the defendant in both capacities.

IT IS ORDERED that Defendant, MICHAEL GALLOWAY, in His Individual Capacity and in His Official Capacity be dismissed from this action with prejudice and without prejudice to Plaintiff's remaining claims.

ENTER:   February 7, 2007

s/ Byron G. Cudmore
BYRON CUDMORE,
United States Magistrate Judge